DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. LEE

No. 536P84.

Case below: 70 N.C. App. 344.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 January 1985.

STATE v. SHOWELL

No. 661P84.

Case below: 70 N.C. App. 789.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 8 January 1985.

STATE v. WARREN

No. 645P84.

Case below: 70 N.C. App. 789.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 January 1985.

WYCOUGH v. FLINT KNIT CORP.

No. 435P84.

Case below: 69 N.C. App. 340.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 8 January 1985.